STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: westcliff3@gmail.com

Counsel for Defendant
JOSE MONDRAGON-SANCHEZ

*IT IS SO ORDERED AS MODIFIED*
Judge Edward J. Davila
4/11/2013

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00057-EJD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| vs. | |
| JOSE MONDRAGON-SANCHEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through Special Assistant United States Attorney Meredith Edwards, and Defendant JOSE MONDRAGON-SANCHEZ ("Mr. Mondragon"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from April 15 to May 6, 2013, at 1:30 p.m.

1. Mr. Mondragon has been charged in a single count Information, which was filed on January 28, 2013, with a violation of 8 U.S.C. § 1326.

2. A status conference before this Honorable Court is scheduled for April 15, 2013, at 1:30 p.m.

///

1    3. Counsel and Mr. Mondragon need additional time to review the discovery provided by
2 the government.  Also, there is a legal issue that needs further research and discussion which
3 could significantly affect the disposition of Mr. Mondragon's case.
4    4. Mr. Mondragon respectfully requests that the status hearing be continued as requested,
5 and agrees to the exclusion of time from April 15 to May 6, 2013, pursuant to 18 U.S.C. § 3161
6 (h)(7)(A).
7    5. Accordingly, the parties request that the status hearing be continued to May 6, 2013,
8 at 1:30 p.m.
9    IT IS SO STIPULATED.

10                             Respectfully submitted,

11                             STEVEN G. KALAR
                            Federal Public Defender
12

13                             /S/

14 Dated: April 11, 2013        ROBERT M. CARLIN
                            Assistant Federal Public Defender
15

16                             UNITED STATES ATTORNEY

17                             /S/

18 Dated: April 11, 2013
                            MEREDITH EDWARDS
19                             Special Assistant United States Attorney

20

21

22

23

24

25

26

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: westcliff3@gmail.com
5
   Counsel for Defendant
6  JOSE MONDRAGON-SANCHEZ

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,           )
                                        )   No. CR 13-00057-EJD
12                                      )
              Plaintiff,                )   [~~PROPOSED~~] ORDER ON STIPULATION
13                                      )   TO CONTINUE STATUS CONFERENCE
    vs.                                 )
14                                      )
    JOSE MONDRAGON-SANCHEZ,             )
15                                      )
              Defendant.                )
16  _____

17                    [~~PROPOSED~~] ORDER AS MODIFIED BY THE COURT

18     1. Mr. Mondragon has been charged in a single count Information, which was filed on

19  January 28, 2013, with a violation of 8 U.S.C. § 1326.

20     2. A status conference before this Honorable Court is scheduled for April 15, 2013, at

21  1:30 p.m.

22     3. Counsel and Mr. Mondragon need additional time to review the discovery provided by

23  the government.  Also, there is a legal issue that needs further research and discussion which

24  could significantly affect the disposition of Mr. Mondragon's case.

25     4. There is good cause for the requested continuance, and the "ends of justice" served by

26  taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
CASE NO.  CR 13-00057                    3

1   18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from April 15 to May 6, 2013, is excluded
2   pursuant to section § 3161 (h)(7)(A).
3       5.  The status hearing in this matter shall be continued to May 6, 2013, at 1:30 p.m.
4       IT IS SO ORDERED.

Dated: 4/11/2013

HON. EDWARD J. DAVILA
United States District Judge